# UNITED STATES NAVY-MARINE CORPS
# COURT OF CRIMINAL APPEALS
# WASHINGTON, D.C.

**Before**
**J.A. FISCHER, K.M. MCDONALD, J.P. ELLINGTON**
**Appellate Military Judges**

**UNITED STATES OF AMERICA**

v.

**ROBERT M. MITCHELL**
**AVIATION ORDNANCEMAN AIRMAN APPRENTICE**
**(E-2), U.S. NAVY**

**NMCCA 201400366**
**GENERAL COURT-MARTIAL**

**Sentence Adjudged:** 21 Jul 2014.
**Military Judge:** LtCol Jeffrey Groharing, USMC.
**Convening Authority:** Commander, Navy Region Northwest,
Silverdale, WA.
**Staff Judge Advocate's Recommendation:** CDR E.K. Westbrook,
JAGC, USN.
**For Appellant:** Maj Michael Berry, USMCR.
**For Appellee:** Mr. Brian Keller, Esq.

**27 January 2015**

---------------------------------------------------------
## OPINION OF THE COURT
---------------------------------------------------------

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court

R.H. TROIDL
Clerk of Court